James A. Bloom (SBN 311051)
*jbloom@schneiderwallace.com*
Todd M. Schneider (SBN 15253)
*tschneider@schneiderwallace.com*
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100

Paul M. Secunda (p*ro hac vice*)
*psecunda@walcheskeluzi.com*
WALSHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, WI 53005
Telephone: (262) 780-1953

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL S. SCHUSTER and JUAN C. DEL BARCO, individually and as representatives of a Class of Participants and Beneficiaries of the Swinerton 401(k) and Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>SWINERTON INCORPORATED, BOARD OF DIRECTORS OF SWINERTON INCORPORATED, and SWINERTON 401(k) SAVINGS COMMITTEE,<br><br>Defendants. | Case No: No. 3:24-cv-04970-JSC<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: July 16, 2026<br>Time: 10:00 a.m.<br>Location: San Francisco Courthouse, Rm. 8<br>San Francisco, CA 94102<br>Hon. Jacqueline Scott Corley<br>Am. Compl. Filed: October 29, 2024 |

*Schuster v. Swinerton, Inc,*    Notice of Mot. And Mot. for Prelim. Appr.    No. 3:24-cv-04970-JSC

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the Court's Orders of March 4, 2026, and May 18, 2026 (ECF Nos. 63, 66), Plaintiffs Michael S. Schuster and Juan C. Del Barco ("Plaintiffs") respectfully moves the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement in the above-referenced matter; (2) approve the proposed Settlement Notice and authorize distribution of the Notice to the Settlement Class; (3) preliminarily certify the Settlement Class for settlement purposes; (4) schedule a final approval hearing; and (5) enter the accompanying Preliminary Approval Order.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein and exhibits attached thereto, the Declaration of Paul M. Secunda and exhibits attached thereto (including the Settlement Agreement attached as **Exhibit 1**), the Declarations of Michael S. Schuster and Juan C. Del Barco, the Declaration of Richard Simmons in support of the proposed notice program and exhibits attached thereto, and all files, records, and proceedings in this matter.  Defendants do not oppose the relief requested by Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

Dated this 9th day of June, 2026

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda*
*admitted pro hac vice*
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
E-Mail: psecunda@walcheskeluzi.com

**SCHNEIDER WALLACE
COTTRELL KIM LLP**

James A. Bloom (SBN 311051)
*jbloom@schneiderwallace.com*
Todd M. Schneider (SBN 15253)
*tschneider@schneiderwallace.com*

2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100

*Attorneys for Plaintiffs and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Paul M. Secunda*
Paul M. Secunda